AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.
MALIK MCCAFFITY

Case No. DKC-18-044

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MALIK MCCAFFITY,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Interfere with Commerce by Robbery; Interference with Commerce by Robbery; Using, Carrying, and Brandishing A Firearm During and In Relation to a Crime of Violence; Aiding and Abetting; Forfeiture;
18 U.S.C. § 1951(a); 18 U.S.C. § 1951(a); 18 U.S.C § 924(c); 18 U.S.C. § 2; 18 U.S.C. § 924(d);

Date: 25 January 2018

City and state: Baltimore, Maryland

*Issuing officer's signature*

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/8/18, and the person was arrested on *(date)* 2/8/18
at *(city and state)* Baltimore, MD.

Date: 2/8/18

*Arresting officer's signature*

T/o William Taylor
*Printed name and title*