IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  2018 FEB -8 P 4: 04

vs.   Case No. DKC-18-0044

Malik McCaffity

\*\*\*\*\*\*

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

*and defendant's request for scheduling*

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __Tuesday 3/13/18__ *(date)* at __10:30__ *(time)* before __J. Mark Coulson__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __3A__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

February 8, 2018
Date

Stephanie A. Gallagher
United States Magistrate Judge