===================================================================

# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

**UNITED STATES OF AMERICA**               *

      **v.**                                      *          **Criminal No. DKC-18-0044**

**MALIK K. McCAFFITY**                     *

*   *   *   *   *   *   *   *   *   *   *

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Malik K. McCaffity.   I certify that I am admitted to practice in this court.

February 12, 2018                                              /s/
Date                                              KATHERINE TANG NEWBERGER (#27803)
                                          Assistant Federal Public Defender
                                          100 South Charles Street
                                          Tower II, 9th Floor
                                          Baltimore, Maryland   21201
                                          Ph:   (410) 962-3962
                                          Fax: (410) 962-0872
                                          Katherine_Newberger@fd.org