IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. DKC-18-044 |
| | * | |
| v. | * | |
| | * | |
| MALIK MCCAFFITY | * | |
| MAURICE ALLEN, | * | |
| | * | |
| Defendants | * | |
| | * | |

...o0o...

## ORDER

Upon consideration of the Government's Motion for Exclusion of Time from Speedy Trial Computations, the Court finds as follows:

The Court hereby excludes from the computation of time under the Speedy Trial Act the period from the date of the filing of the Motion through May 15, 2018. Although that time period is beyond the seventy-day period normally provided by the Speedy Trial Act, such scheduling is permitted by the provisions of the Act. The circumstances of this case permit such a delay and a continuance of the trial date beyond the normal seventy-day time frame. Periods of delay that extend the time within which trial should commence include delay resulting from a continuance, if such continuance is granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In this case, the requested exclusion of time will allow the parties to conduct discovery and engage in plea negotiations. The exclusion of time will also allow the United States Probation Office to prepare a Pre-Plea Criminal History Report. Furthermore, Counsel for the Defendants consent to the Government's request. Therefore, because the interests of justice served by such a delay outweigh the interests of the defendants and the public in a speedy

trial, the period from the date of the motion through May 15, 2018 is excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7).

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3161(h)(7), that the period from the date of the Government's Motion through May 15, 2018 shall be excluded from computation under the Speedy Trial Act.

The Clerk of the Court shall mail a copy of this Order to all counsel of record.

2.16.2018
Date

/for DKC
The Honorable Deborah K. Chasanow
United States District Judge
District of Maryland