Plea Agreement Attachment A
U.S. v. Malik McCaffity
DKC-18-044
Page 1 of 3

Attachment A

This Office and the Defendant understand, agree, and stipulate that the Government could prove the following facts beyond a reasonable doubt at trial:

On the morning of June 27, 2017, Ms. Damoree Dharam was working inside Harford Rd. Liquors, located at 4627 Harford Rd. in Baltimore City, Maryland. She observed a red Nissan X-Terra drive onto the sidewalk outside of the store and stop. Ms. Dharam walked outside to determine why the car parked on the sidewalk. As she did, the Defendant, Malik McCaffity, and Maurice Allen ("Allen") exited the vehicle and approached Ms. Dharam. The Defendant forced Ms. Dharam into the store at gunpoint as Allen followed behind.

Once in the store, the Defendant pushed Ms. Dharam behind the counter where he pointed the gun at her head and demanded the cash from the cash register. He subsequently threw her to the ground. The Defendant then began removing cash from the cash registers, placing it in a purple bag. He also removed cash from a location underneath the cash register where Ms. Dharam hid excess cash, and took Ms. Dharam's purse. Contemporaneously, a customer walked into the store. Allen responded to the customer and forced him to the back of the store and onto the ground at gunpoint.

A witness observed the red Nissan X-Terra drive onto the sidewalk as he sat at the bus stop across the street from Harford Rd. Liquors. The witness walked to the front of the liquor store and observed the Defendant and Allen inside. The witness then flagged down Officer Jamal Johnson of the Baltimore City Police Department who was driving past the store. Officer Johnson responded inside and observed the Defendant behind the counter with Ms. Dharam and Allen in the rear of the store. Officer Johnson observed that both the Defendant and Allen were holding guns. Officer Johnson gave both the Defendant and Allen commands to drop their guns and get

Plea Agreement Attachment A
U.S. v. Malik McCaffity
DKC-18-044
Page 2 of 3

on the ground. Allen moved towards Officer Johnson, and the Defendant ran towards the rear of the store with the purple bag. Officer Johnson fired one shot towards the rear of the store, missing both the Defendant and Allen. Allen immediately surrendered, lying prone on the ground.

The Defendant continued running to the back of the store, dropping the purple bag. The Defendant attempted to exit the rear of the store, but the rear door was locked. The Defendant then ran into the rear freezer. Additional Officers responded. Officers took Allen into custody immediately. Officers located the Defendant hiding behind a case of beer in the freezer and took him into custody. Officers recovered a loaded Smith and Wesson Model M&P Bodyguard .380 caliber handgun outside of the rear freezer on top of the purple bag the Defendant used to collect the cash from the registers. Officers also recovered a loaded Daewoo Model DP51 9mm semi-automatic handgun next to Allen. The entirety of the robbery was captured on either surveillance video from the store or Officers' Body-Worn Cameras.

Harford Rd. Liquors is a liquor store that operates in interstate commerce. Products sold in the store were purchased and/or manufactured in other parts of the country prior to being shipped to Maryland for retail sale. Therefore, the robbery discussed above interfered with, obstructed, and affected the interstate commercial business of the Harford Rd. Liquors, located at 4627 Harford Rd. in Baltimore City, Maryland. All events occurred in the District of Maryland.

Plea Agreement Attachment A
U.S. v. Malik McCaffity
DKC-18-044
Page 3 of 3

So Stipulated:

Stephen M. Schenning
United States Attorney

By: _____   Date: 3/22/18
Mark V. Gurzo
Special Assistant United States Attorney

I have read the factual stipulation in support of my guilty plea to Counts Two and Three and carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I am completely satisfied with the representation of my attorney.

_Malik K McCaffity_   Date: 3/8/18
Malik McCaffity
Defendant

I am Malik McCaffity's attorney. I have carefully reviewed this factual stipulation with my client. He advises me that he understands and accepts the factual stipulation. To my knowledge, his decision to sign it is a voluntary one.

_____   Date: 3/8/18
Katherine Tang Newberger, Esq.
Attorney for the Defendant